**Order entered October 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00924-CV

---

### DAX STEVENS, Appellant

### V.

### DARYL LAUHOFF, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06376-C**

---

## ORDER

The clerk's record in this case is overdue. By postcard dated August 30, 2019, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within thirty days. To date, the County Clerk has not filed the clerk's record nor otherwise responded to our notice.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the record. We notify appellant that if we receive verification he is not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the clerk's record, we will, without further notice, dismiss the appeal. See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:


John Warren
Dallas County Clerk

All parties


         /s/     BILL WHITEHILL
                JUSTICE